IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION
_____

| | | |
|---|---|---|
| DAVID S. WILLIAMS, PRO SE,<br>TDCJ-CID No. 403201,<br><br>    Plaintiff,<br><br>V.<br><br>JOE S. NUNN,<br>CAPTAIN BOBBY W. STUBBLEFIELD,<br>LT. RAYMOND L. SOTO,<br>SGT. ARNOLD L. AGUILAR,<br>OFFICER ALICE F. GRANT,<br>NANCY SMITH, KRIS GOMEZ, and<br>GARY D. GIFFORD,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 2:05-CV-0053 |

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

      Plaintiff DAVID S. WILLIAMS, proceeding *pro se* and while a prisoner, has filed suit pursuant to Title 42, United States Code, Section 1983 complaining against the above-named defendant.

      On March 4, 2005, the Court issued a Notice of Deficiency Order giving plaintiff thirty days in which to submit a six-month history of his inmate account certified as to accuracy by prison officials, an I.F.P. Data Sheet.

      Plaintiff has utterly failed to comply with the March 4, 2005 Notice of Deficiency Order. By the Notice of Deficiency Order, plaintiff was informed that a failure to fully and timely comply with the Court's Order could result in dismissal of the instant cause without further notice.

      The response period has expired, and plaintiff has failed to comply with the Court's March 4, 2005 Notice of Deficiency Order or provide any reason to excuse this failure.

IT IS THEREFORE ORDERED:

The referral of the instant cause to the United States Magistrate Judge is hereby withdrawn.

This Civil Rights Complaint is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH THE COURT'S ORDER.

LET JUDGMENT BE ENTERED ACCORDINGLY.

The Clerk will mail a copy of this Order to the plaintiff and to any attorney of record by first class mail.

IT IS SO ORDERED.

ENTERED this  5th  day of July, 2005.

/s/ Mary Lou Robinson
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE